IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LAFI JAFARI and MARYLOU GRUTTEMEYER,<br><br>                Defendants. | **8:16CR318**<br><br>**TRIAL ORDER** |

Upon Judge Gerrard adopting the findings and recommendations and denying defendants' pretrial motions,

**IT IS ORDERED:**

      1.    The above-entitled case is scheduled for a jury trial before the Honorable John M. Gerrard, District Court Judge, to begin **Monday, June 11, 2018**, **at 9:00 a.m**., in Courtroom #1, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendants must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Gerrard's staff.

      2.    Any motions for a continuance of this trial date shall be electronically filed on or before **June 1, 2018**, and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq*. Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

**DATED May 11, 2018.**

                                                           BY THE COURT:

                                                           s/ Susan M. Bazis
                                                           United States Magistrate Judge