IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16-CR-318 |
| vs. | ORDER |
| MARYLOU GRUTTEMEYER, | |
| Defendant. | |

IT IS ORDERED

1. The government's Motion to Dismiss (filing 127) is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as to defendant MaryLou Gruttemeyer.

3. The indictment is dismissed without prejudice as to defendant MaryLou Gruttemeyer.

4. This case is closed.

Dated this 14th day of November, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge